**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6447**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ANDRE GERARD LEWIS,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-99-314)

———————

Submitted:  April 24, 2003          Decided:  May 5, 2003

———————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Andre Gerard Lewis, Appellant Pro Se.  John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Gerard Lewis appeals the district court's order denying his third motion for inspection of grand jury transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] See United States v. Lewis, No. CR-99-314 (E.D. Va. Mar. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note Lewis has filed numerous meritless appeals in this court regarding the same issues. Should Lewis continue to abuse the federal court system in this manner, he will be ordered to show cause why he should not be sanctioned for filing frivolous appeals and why he should not be enjoined from filing further actions in this court until the sanctions are paid, and unless a district court judge finds the action is not frivolous.